1050

[No. 71168-7-I. Division One. April 13, 2015.]

UNION BANK, N.A., *Appellant*, v. CHARLES M. DEYO ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-2-05886-1, Joseph P. Wilson, J., entered October 29, 2013. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 71707-3-I. Division One. April 13, 2015.]

PACIFIC MARKET INTERNATIONAL, LLC, *Respondent*, v. TCAM CORE PROPERTY FUND OPERATING LP, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-06885-2, Laura Gene Middaugh, J., entered March 17, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Becker, J., concurred in by Verellen, A.C.J., and Trickey, J.

[No. 72212-3-I. Division One. April 13, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP BARRARA GARCIA, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 09-1-01042-0, John M. Meyer, J., entered June 27, 2014. *Remanded with instructions* by unpublished per curiam opinion.

[No. 72369-3-I. Division One. April 13, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. COLLEEN MUIR, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 13-1-00242-4, Kevin D. Hull, J., entered August 5, 2013. *Affirmed* by unpublished opinion per Lau, J., concurred in by Verellen, A.C.J., and Appelwick, J.